AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JULIO SMITH PARRA,

     Petitioner,       JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:11-cv-00416-ECR-WGC**

E.K. MCDANIEL, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss the petition for failure to state a claim for which relief may be granted (ECF #24) is **GRANTED**. The petition is dismissed with prejudice.

  February 10, 2012                              **LANCE S. WILSON**
                                                                  Clerk

                                                              /s/ Katie Lynn Ogden
                                                                Deputy Clerk